UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------------------x

ANDRE BATTLE, on behalf of herself and all others similarly situated,

                  Plaintiff,

Civil Action No: 1:25-cv-00580

-v.-

Dan Post Boot Company,

                  Defendants.

------------------------------------------------------------------------x

## NOTICE OF SETTLEMENT

Please take notice that the parties have settled the above-referenced case. This settlement is contingent upon the execution of a written settlement agreement. The case will be dismissed with prejudice by Plaintiff upon completion of specified conditions, in no more than 60 days from the date of this notice. Please vacate all currently scheduled dates in this matter.

Dated: February 19, 2025

Respectfully Submitted,

 /s/ Uri Horowitz, Esq.
Uri Horowitz, Esq.
**Horowitz Law, PLLC**
144-41 70th Road
Flushing, NY 11367
uri@horowitzlawpllc.com
Tel. (718) 705-8700
Fax (718) 705-8705
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was electronically filed on February 19, 2025 with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 19th day of February, 2025          Respectfully Submitted,

                                                           */s/ Uri Horowitz*
                                                           Uri Horowitz, Esq.