# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Andre Battle

                    Plaintiff,

v.                                     Case No.: 1:25−cv−00580
                                           Honorable Lindsay C. Jenkins

Dan Post Boot Company

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 20, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff has notified the Court that it has reached a settlement with Dan Post Boot Company [6] so the April 2, 2025 initial status hearing is stricken and no status reports need to be filed by March 26, 2025 or by February 25, 2025 as previously ordered. The case is dismissed without prejudice. The dismissal will automatically convert to a dismissal with prejudice on April 21, 2025 unless a party files a motion to reinstate by that date. The parties are free to file a stipulation of dismissal with prejudice earlier if they wish. Civil case terminated. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.